**SNYDER BURNETT EGERER, LLP**
**Sean R. Burnett (SB# 227952)**
**Ashley Dorris Egerer (SB# 229361)**
5383 Hollister Avenue, Suite 240
Santa Barbara, California  93111
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@sbelaw.com
aegerer@sbelaw.com

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JEFFREY JONES, an individual, | Case No. |
| Plaintiff, | [Santa Barbara Superior Court Case No. 20CV00642] |
| v. | |
| COSTCO WHOLESALE CORPORATION, a business entity; and DOES 1 through 50, inclusive, | **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)** |
| Defendants. | |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that defendant COSTCO WHOLESALE CORPORATION ("Costco") hereby removes the state court action described below to the above-captioned court on the following grounds:

1. On or about February 4, 2020, plaintiff JEFFREY JONES ("plaintiff") filed Case No. 20CV00642 against Costco in the Superior Court of California, County of Santa Barbara, entitled *Jeffrey Jones v. Costco Wholesale Corporation*. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. The Complaint did not provide any basis on which to ascertain whether the value of the amount in controversy exceeds $75,000.

///

3. On March 13, 2020, defendant Costco filed an Answer to plaintiff's Complaint. A true and correct copy of the Answer is attached hereto as Exhibit 2.

4. As set forth below, this is a civil action between parties domiciled in different states, over which this court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court by defendant Costco pursuant to the provisions of 28 U.S.C. § 1441(b).

5. Plaintiff is, and at all relevant times was, a citizen of California, domiciled and residing in California, as indicated in paragraph 1 of the Complaint and in his verified response to Form Interrogatory No. 2.5. A true and correct copy of plaintiff's verified response to Form Interrogatory No. 2.5 is attached hereto in Exhibit 3.

6. Defendant Costco is, and at all relevant times was, a corporation duly organized and existing under the laws of Washington, with its principal place of business in Issaquah, Washington, as alleged in paragraph 2 of the Complaint and as indicated in its verified response to Form Interrogatory No. 3.1. A true and correct copy of defendant Costco's verified response to Form Interrogatory No. 3.1 is attached hereto in Exhibit 4.

7. Defendant Costco is not, and was not at any relevant time, a citizen of California.

8. On January 19, 2021, defendant received plaintiff's Case Management Statement. Plaintiff's Attachment 4b to his Case Management Statement indicate that plaintiff's medical specials total over $63,900.00, that he is scheduled to have neck surgery on January 22, 2021 for injuries allegedly arising out of this matter, and that his future medical expenses are unknown at this time. This is the first notice defendant Costco received that the value of the amount in controversy exceeds $75,000. A true and correct copy of plaintiff's Case Management Statement is attached hereto in Exhibit 5.

///

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Ste. 240
Santa Barbara, CA 93111

2

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1332 AND 1441(b)**

9. Based on plaintiff's Case Management Statement, the jurisdictional amount in controversy of this Court is exceeded.

10. The time within which defendant is required to file a Notice of Removal has not yet expired, as set forth in 28 U.S.C. §1446(b)(3).

11. Removal to this Court is proper, as the Superior Court of the State of California, County of Santa Barbara, where this action was commenced, is located within the Central District of California.

12. Defendant will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d), and will also file a copy of this Notice with the Clerk of the Santa Barbara County Superior Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendant Costco respectfully requests that the above-captioned matter be removed to this Court.

Dated: January 22, 2021           SNYDER BURNETT EGERER, LLP

　　　　　　　　　　　　　　　　 */s/ Sean R. Burnett*
　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　 By: Sean R. Burnett / Ashely Dorris Egerer
　　　　　　　　　　　　　　　　 Attorneys for Defendant COSTCO
　　　　　　　　　　　　　　　　 WHOLESALE CORPORATION