**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

| | |
|---|---|
| Case No.   **CV 21-606-JFW(MAAx)** | Date:  July 22, 2021 |

Title:   Jeffrey Jones -v- Costco Wholesale Corporation

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:**<br>None | **ATTORNEYS PRESENT FOR DEFENDANTS:**<br>None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE: SANCTIONS**

The parties failed to file the Joint Exhibit Binder and Joint Declarations Binder in connection with the Motion for Summary Judgment filed on June 30, 2021 as required by the Court's Scheduling and Case Management Order ("CMO") (Docket No. 15).  *See* CMO § 4(b).  In addition, the parties failed to identify each exhibit on the docket with "a meaningful description such that the exhibit can be easily identified," i.e., "a description of the exhibit that includes the title of the exhibit and the exhibit number" as required by the CMO. *See id.*  In addition, Plaintiff Jeffrey Jones failed to sequentially number his exhibits and failed to file the Proposed Statement of Decision as required by the CMO.  *See id.* (ordering the parties to consecutively number their exhibits,  and directing the opposing party to commence the numbering of its exhibits where the moving party left off); *id.* at § 4(e) (requiring each party to lodge a Proposed Statement of Decision no more than two days after the deadline for filing the Reply).

Accordingly, both Plaintiff Jeffrey Jones and Defendant Costco Wholesale Corporation are ordered to show cause in writing by **July 26, 2021** why the Court should not impose sanctions in the amount of $1,500.00 against each lead counsel for their violation of the Court's order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause.   Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.  In addition, the parties shall file the required Joint Exhibit Binder and Joint Declarations Binder, and Plaintiff Jeffrey Jones shall file the required Proposed Statement of Decision on or before **July 26, 2021**.  The parties shall deliver courtesy copies in accordance with the CMO.

IT IS SO ORDERED.