JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JEFFREY JONES, an individual, | Case No. 2:21-cv-00606 JFW (MAAx) |
| Plaintiff, | |
| | Hon. John F. Walter, Courtroom 7A |
| v. | |
| COSTCO WHOLESALE CORPORATION, a business entity, | **JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

Whereas the Court granted Defendant Costco Wholesale Corporation's Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that plaintiff Jeffrey Jones take nothing, that this action be dismissed on the merits with prejudice, and that defendant Costco Wholesale Corporation recover its costs.

Dated: August 4, 2021

_____
Hon. John F. Walter
United States District Court Judge

SNYDER BURNETT EGERER, LLP
5383 Hollister Avenue
Ste 240
Santa Barbara, CA 93111

1

**JUDGMENT**